UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :       Chapter 11
In re:                                                  :
                                                        :       Case No.: 09-77781-dte
**SONIX MEDICAL RESOURCES, INC.**                       :
                                                        :
        Debtor. :
                                                        :
------------------------------------------------------- X

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :       Chapter 11
In re:                                                  :
                                                        :       Case No.: 09-77791-dte
**MRI RESOURCES, INC.,**                                :
                                                        :
        Debtor. :
                                                        :
------------------------------------------------------- X

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :       Chapter 11
In re:                                                  :
                                                        :       Case No.: 09-77793-dte
**TOMS RIVER RESOURCES, INC.,**                         :
                                                        :
        Debtor. :
                                                        :
------------------------------------------------------- X

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :       Chapter 11
In re:                                                  :
                                                        :       Case No.: 09-77787-dte
**STONY ACQUISITIONS, INC.,**                           :
                                                        :
        Debtor. :
                                                        :
------------------------------------------------------- X

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                        :       Chapter 11

In re:                                                     : 
                                                          :       Case No.: 09-77782-dte

**SONIX MANAGEMENT RESOURCES,**  :
**INC.**
                                                          :
                       Debtor.       :
                                                          :
-------------------------------------------------------- X
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                        :       Chapter 11

In re:                                                     :
                                                          :       Case No.: 09-77788-dte

**CHATMONDHAD RESOURCES, INC.,**  :
                                                          :
                     Debtor.       :
                                                          :
-------------------------------------------------------- X
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                        :       Chapter 11

In re:                                                     :
                                                          :       Case No.: 09-77792-dte

**QKSI RESOURCES, INC.**                  :
                                                          :
                     Debtor.       :
                                                          :
-------------------------------------------------------- X
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                       :       Chapter 11

In re:                                                     :
                                                          :       Case No.: 09-77790-dte

**BROOKLYN 49TH STREET**      :
**RESOURCES, INC.**
                                                          :
                   Debtor.       :
                                                          :
-------------------------------------------------------- X

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:    Chapter 11
In re: :
:    Case No.: 09-77789-dte
**ENGLEWOOD RESOURCES, INC.** :
:
             Debtor. :
:
-------------------------------------------------------- X

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:    Chapter 11
In re: :
:    Case No.: 09-77785-dte
**CHATHAM MEDICAL RESOURCES,** :
**INC.**
:
             Debtor. :
:
-------------------------------------------------------- X

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:    Chapter 11
In re: :
:    Case No.: 09-77784-dte
**BRICK RESOURCES, INC.,** :
:
             Debtor. :
:
-------------------------------------------------------- X

## ORDER PURSUANT TO RULE 1015(b)
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
## <u>DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>

     Upon the Motion, dated October *14*, 2009 (the "<u>Motion</u>"), of Sonix Medical

Resources, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the

"<u>Debtors</u>"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>") requesting the joint administration of the Debtors' chapter 11 cases for

procedural purposes only, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee for the Eastern District of New York, (ii) counsel to the Debtors' prepetition lenders, and (iii) those creditors holding the thirty largest unsecured claims against the Debtors' estates (on a consolidated basis), and it appearing that no other or further notice need be provided; and upon the Affidavit of John Colbert Pursuant to Rule 1007-2 of the Local Bankruptcy Rules of the Eastern District for New York in Support of First-Day Motions and Applications, sworn to on October *14*, 2009; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**SONIX MEDICAL RESOURCES INC., ET AL.,**: 09-77781**(dte)**
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

; and it is further

ORDERED that a docket entry shall be made in each of Debtors' chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Sonix's Medical Resources, Inc., MRI Resources, Inc., Toms River Resources, Inc., Stony Acquisitions, Inc., Sonix Management Resources, Inc., Chatmonhad Resources, Inc., QKSI Resources, Inc., Brooklyn 49th Street Resources, Inc., Englewood Resources, Inc., Chatham Medical Resources, Inc and Brick Resources, Inc. The docket in **Case No. 09-77781(dte)** should be consulted for all matters affecting this case *and all related chapter 11 cases.*

Dated: October *20*, 2008
      Central Islip, New York

                            *s/ Dorothy Eisenberg*
                            UNITED STATES BANKRUPTCY JUDGE